UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURONIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPEECH TRANSCRIPTION, LLC,<br><br>　　　　　Defendant. | Case No. 25-cv-07099-JD<br><br>**ORDER TRANSFERRING CASE** |

For the reasons stated on the record during the hearing, the Court transfers the case to the United States District Court for the Eastern District of Texas pursuant to the first-to-file rule.

**IT IS SO ORDERED.**

Dated: December 5, 2025

_____
JAMES DONATO
United States District Judge